IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ROBERT CLIFTON | § |
| | § |
| V. | §   CASE NO. 4:06cv472 |
| | § |
| CITY OF DENTON, ET AL. | § |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 15, 2007, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's case be dismissed with prejudice. On September 18, 2007, after review of additional evidence, the Magistrate Judge entered an order affirming his recommendations.

The Court, having made a *de novo* review of the objections raised by Plaintiff, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of the Plaintiff are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

It is, therefore, **ORDERED** that Defendants' Motion to Dismiss is **GRANTED** and Defendants' Motion for Summary Judgment is **GRANTED**.

SIGNED this 19th day of September, 2007.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE